1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT Y. FLORES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and PEDDER NISSAN, LLC, a California Limited Liability Company d/b/a PEDDER NISSAN, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-02015<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF VINCENT Y. FLORES'S MOTION TO REMAND<br><br>**NOTE CHANGES BY COURT**<br><br>[Filed Concurrently with Declaration of Roy Enav with Exhibits Thereto and Notice of Motion and Motion to Remand]<br><br>**HEARING**<br><br>Date: October 2, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3<br><br>Lawsuit Filed: March 21, 2025 (State)<br>Date of Removal: July 29, 2025<br>Trial Date: Not Set. |

1  ~~**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND**~~
2  ~~**TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**~~
3  ~~**PLEASE TAKE NOTICE** that on, Thursday, October 2, 2025, 9:30 a.m., in~~
4  ~~Courtroom 3, of the United States District Court for the Central District of California,~~
5  ~~3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501, Plaintiff, Vincent~~
6  ~~Y. Flores's Motion to Remand came on regularly for hearing.~~
7  ~~After hearing all the arguments of counsel, and considering the papers~~
8  ~~submitted in support of and in opposition to Plaintiff's Motion to Remand.~~

On August 29, 2025, Plaintiff filed a Motion to Remand on the grounds that complete diversity of citizenship among the Parties is lacking with a hearing set for October 2, 2025.  Dkt. 13.  Defendants' opposition was, thus, due on September 11, 2025.  See Local Rule 7-9.  To date, Defendants have failed to file an opposition to the Motion.  Hence, Defendants' failure to file an opposition is deemed consent to the granting of the Motion.  See Local Rule 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").  The Court Orders the following:

1) Plaintiff Vincent Y. Flores's Motion to Remand is GRANTED.
2) The matter shall be remanded to Riverside County Superior Court.

IT IS SO ORDERED. (JS-6)

Dated:  September 12, 2025

_____
Hon. Kenly Kiya Kato
Judge of the United States District Court